

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00808-CV

**IN RE SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND TRANSMEX INC., S.A. DE C.V.**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: December 7, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On December 1, 2022, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion to stay a discovery order pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2020CVA001479D1, styled *Berta Idaly Delgado De Mercado, as Permanent Administrator of Salvador Mercado Delgado and A/N/F of Kenya Camila Mercado Delgado and Hector Salvador Mercado Delgado, Minors v. Juan Gamboa, Transmex Inc, S.A. DE C.V. and Swift Transportation Co. of Arizona, LLC, and Swift Transportation Services, LLC*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.